# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1038

Lucas Schmidt

Appellant

v.

Blue Valley Community Action

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00039-BCB)

---

## MANDATE

In accordance with the judgment of April 12, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 03, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit